June 09, 2006

Ms. Rochel Lemler-Clark
Lemler & Associates, P.C.
9311 San Pedro, Suite 700
San Antonio, TX 78216

Mr. Kirk L. Pittard
Durham & Pittard, LLP
P.O. Box 190310
Dallas, TX 75219
Honorable John D. Gabriel
131st Judicial District Court
100 Dolorsa Street, 4th Floor
San Antonio, TX 78205

RE: Case Number: 05-0432
 Court of Appeals Number: 04-04-00751-CV
 Trial Court Number: 2003-CI-12280

Style: IN RE THE LYND COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. Pursuant to Texas Rule of Appellate Procedure
52.8(c), without hearing oral argument, the Court conditionally grants the
petition for writ of mandamus. (Justice Green not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |